# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:14-cr-00005-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 27, 2014 |
| | ) | |
| TAMIKA CENTERS, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   Heidi Jordan          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Good cause appearing, the Ex Parte Motion to Withdraw as Counsel of Record filed by counsel for Defendant Tamika Centers (Doc. #53) is **GRANTED**.  This matter is referred to the CJA Coordinator for the purpose of locating counsel from the CJA Panel to represent Defendant Tamika Centers.

   **IT IS SO ORDERED.**

                                                    LANCE S. WILSON, CLERK

                                                    By:   /s/
                                                         Deputy Clerk